UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANCISCO JOSE BACA,

    Petitioner,

v.                                  CASE NO 3:20cv5357-MCR-HTC

SECRETARY FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 13, 2020, ECF No. 20, which recommends denying the Respondent's motion to dismiss, ECF No. 16. Petitioner filed "Objections" by mailbox rule[1] on August 19, 2020, ECF No. 22, in which he stated that he concurred with the Report and Recommendation. The time for Respondent to file objections has passed without objection.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

---

[1] *See* Habeas Rule 3(d) and *Houston v. Lack*, 487 U.S. 266, 275-76 (1988) (Under the "prison mailbox rule," a pro se prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing.).

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this Order.

(2) The Respondent's Motion to Dismiss, ECF Doc. 16, is DENIED.

(3) The Clerk is directed to refer this matter back to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 28th day of August 2020.

          *s/ M. Casey Rodgers*
          **M. CASEY RODGERS**
          **UNITED STATES DISTRICT JUDGE**